UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

AU NATURALE COSMETICS, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2023_

23 Civ. 2949 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 11, 2023, the Court directed the parties to file a joint letter and proposed case management plan by June 12, 2023. ECF No. 6. Those submissions are now overdue. Accordingly, by **June 27, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 13, 2023
      New York, New York

                                      ANALISA TORRES
                                   United States District Judge