UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

AU NATURALE COSMETICS, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _6/28/2023_

23 Civ. 2949 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 11, 2023, the Court directed the parties to file a joint letter and proposed case management plan by June 12, 2023. ECF No. 6. The parties did not file their submissions. On June 13, 2023, the Court directed the parties to file their joint letter and proposed case management plan by June 27, 2023. ECF No. 9. The parties, again, did not file their submissions. Accordingly, by **July 12, 2023**, the parties shall file their joint letter and proposed case management plan. Plaintiff is reminded that failure to prosecute his case and failure to comply with Court orders shall result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: June 28, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge