UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

AU NATURALE COSMETICS, LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023
```

23 Civ. 2949 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 28, 2023, Plaintiff filed a deficient proposed clerk's certificate of default. *See* ECF No. 11. Plaintiff has not since made any further filings on the docket. Accordingly, by **October 2, 2023**, Plaintiff shall refile his proposed clerk's certificate of default and move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge