USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

AU NATURALE COSMETICS, LLC,

                Defendant.

23 Civ. 2949 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 28, 2023, Plaintiff filed a deficient proposed clerk's certificate of default. *See* ECF No. 11. On September 1, 2023, the Court ordered that by October 2, 2023, Plaintiff shall refile his proposed clerk's certificate of default and move for default judgment. ECF No. 12. That submission is now overdue.

    Accordingly, by **November 2, 2023**, Plaintiff shall refile his proposed clerk's certificate of default and move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases. Plaintiff is reminded that failure to prosecute his case and failure to comply with Court orders shall result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: October 4, 2023
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge