UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS,<br><br>                              Plaintiff(s),<br><br>v.<br><br>AU NATURALE COSMETICS, LLC,<br><br>                              Defendant(s). | 23-CV-2949 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On June 28, 2023, Plaintiff filed a deficient proposed clerk's certificate of default. *See* ECF No. 11. On September 1, 2023, the Court ordered Plaintiff to refile his proposed clerk's certificate of default and move for default judgment by October 2, 2023. ECF No. 12. Plaintiff failed to do so. On October 4, 2023, the Court ordered Plaintiff to refile his proposed clerk's certificate of default and move for default judgment by November 2, 2023. ECF No. 13. That submission is now overdue.

Accordingly, by no later than **November 16, 2023**, Plaintiff is ORDERED either to refile his proposed clerk's certificate of default and move for default judgment, or, if applicable, to file on ECF a letter that addresses whether this case has settled or otherwise been terminated. Plaintiff is on notice that failure to comply with this Court's Order shall result in dismissal of his case.

SO ORDERED.

Dated: November 8, 2023
        New York, New York

_____
DALE E. HO
United States District Judge